# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JOHN FREDELL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2195

[November 20, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Rebecca I. White, Judge; L.T. Case No. 312004CF000991A.

John Fredell, Daytona Beach, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., GERBER and KLINGENSMITH, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***